In the Matter of MAX KAPLAN, Doing Business under the Name of KAPLAN'S VALET SERVICE, Respondent, against HERMINE C. PEYSER, Appellant, Impleaded with Another.

Submitted May 17, 1937; decided May 25, 1937.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 273 N. Y. 147.)

BEATRICE FRIEDMAN et al., Appellants, *v.* L. M. BECK et al., Respondents.

Submitted May 17, 1937; decided May 25, 1937.

*Bert Hamburger* for motion.
*Joseph L. Forscher* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellants perfect appeal within ten days, in which event the motion is denied.